IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40997
Summary Calendar
_____

EDDIE TYLER,

Plaintiff-Appellant,

versus

WAYNE SCOTT, Director,
Texas Department of Criminal Justice,
Institutional Division; L. WOODS, Warden;
D. STARK, Doctor; O. CISNEROS; L. EASON,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-96-CV-347
- - - - - - - - - -
August 8, 1997

Before POLITZ, Chief Judge, KING and SMITH, Circuit Judges.

PER CURIAM:[*]

Texas prisoner Eddie Tyler, No. 535926, appeals the dismissal of his suit pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Tyler argues that the defendants were deliberately indifferent to his serious medical need and that they conspired to retaliate against him. We have reviewed the record and Tyler's brief and find no evidence of deliberate indifference to a serious medical

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

need.  See Mendoza v. Lynaugh, 989 F.2d 191, 193-94 (5th Cir. 1993); Jackson v. Cain, 864 F.2d 1235, 1246 (5th Cir. 1989). Tyler's conclusional allegations that the defendants conspired to retaliate against him fail to state a claim under 42 U.S.C. § 1983.  Babb v. Dorman, 33 F.3d 472, 476 (5th Cir. 1994).

Tyler has moved the court for a preliminary injunction; filed four motions to supplement his appellate brief; and requested that the court appoint appellate counsel, order entry of his exhibits, and allow "final arguments."  He asks that a panel of the court review his x-rays, and he has filed a motion concerning jurisdiction which does not request any form of relief.  The foregoing motions are DENIED.

AFFIRMED.  MOTIONS DENIED.